CJA-23
(Rev 3/21)

# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT, OR OTHER SERVICES WITHOUT PAYMENT OF FEE

IN THE UNITED STATES ☐ DISTRICT COURT ☐ COURT OF APPEALS ☐ OTHER (Specify Below)
IN THE CASE OF

| | | FOR | ND CA |
|---|---|---|---|
| US | v. Glen Phason | AT | OAK |

LOCATION NUMBER

**PERSON REPRESENTED** (Show your full name)
Sarre

1. ☑ Defendant - Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Supervised Release Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other (Specify)

**DOCKET NUMBERS**
Magistrate Judge: 4:23mj 71264 mag
District Court:
Court of Appeals:

**CHARGE/OFFENSE** (Describe if applicable & check box→) ☑ Felony ☐ Misdemeanor
18 USC §9 02(a)(1)(A)
18 USC §371

FILED
AUG 25 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**INCOME & ASSETS**

**EMPLOYMENT**
Do you have a job? ☐ Yes ☑ No
IF YES, how much do you earn per month? _____
Will you still have a job after this arrest? ☐ Yes ☑ No ☐ Unknown

**PROPERTY**
Do you own any of the following, and if so, what is it worth?

| | APPROXIMATE VALUE | DESCRIPTION & AMOUNT OWED |
|---|---|---|
| Home | $ None | |
| Car/Truck/Vehicle | $ None | |
| Boat | $ None | |
| Stocks/bonds | $ None | |
| Other property | $ None | |

**CASH & BANK ACCOUNTS**
Do you have any cash, or money in savings or checking accounts? ☐ Yes ☑ No
IF YES, give the total approximate amount after monthly expenses $ _____

**OBLIGATIONS, EXPENSES, & DEBTS**

How many people do you financially support? 1 (has baby on the way)

| BILLS & DEBTS | MONTHLY EXPENSE | TOTAL DEBT |
|---|---|---|
| Housing | $ (living w/ mom) | $ |
| Groceries | $ None | $ |
| Medical expenses | $ | $ |
| Utilities | $ | $ |
| Credit cards | $ | $ |
| Car/Truck/Vehicle | $ | $ |
| Childcare | $ | $ |
| Child support | $ | $ |
| Insurance | $ | $ |
| Loans | $ | $ |
| Fines | $ | $ |
| Other | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct.

SIGNATURE OF DEFENDANT
(OR PERSON SEEKING REPRESENTATION)

Date: 8/25/23