JODI LINKER
Federal Public Defender
Northern District of California
ANGELA HANSEN
Assistant Federal Public Defender
13th Floor Federal Building - Suite 1350N
1301 Clay Street
Oakland, CA 94612
Telephone:  (510) 637-3500
Facsimile:   (510) 637-3507
Email:        Angela_Hansen@fd.org

Counsel for Defendant PHASON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | Case No.: 4:23-MJ-71264 MAG |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS ON PRELIMINARY HEARING OR ARRAIGNMENT** |
| v. | |
| GLEN PHASON, | |
| Defendant. | |

The above-captioned case is scheduled for a status regarding preliminary hearing or arraignment on February 1, 2024, at 10:30 a.m.  The parties stipulate and agree that the Court should continue this matter to April 11, 2024, at 10:30 a.m., for the reasons set forth below.

Glen Phason made his initial appearance on a complaint on August 25, 2023.  He was released from custody on the same date, and he has been in full compliance with the terms of his pretrial release. The government produced voluminous discovery to the defense on January 17, 2024.  For this reason, defense counsel needs time to review the discovery in this case, and the parties need additional time to negotiate a possible information and plea agreement.  As a result, the parties stipulate and agree that the Court should continue this matter to April 11, 2024.

1    The parties further stipulate and agree to exclude time under the Speedy Trial Act until April
2    11, 2024 because the ends of justice served by the continuance outweigh the best interest of the
3    public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A).  The parties further
4    stipulate and agree that the failure to grant a continuance would unreasonably deny the defendant the
5    reasonable time necessary for effective preparation, taking into account the exercise of due diligence.
6    *See* 18 U.S.C. § 3161(h)(7)(B)(iv).
7    In addition, the parties agree to waive time under Federal Rule of Criminal Procedure 5.1, from
8    February 1, 2024 to April 11, 2024.  For this reason and for the reasons set forth above, the parties
9    request that the Court find good cause for extending the time limit for a preliminary hearing under
10   Rule 5.1 and for extending the 30-day time period for an indictment under the Speedy Trial Act as set
11   forth above.  *See* Fed. R. Crim. P. 5.1; 18 U.S.C. § 3161(b).

IT IS SO STIPULATED.

Dated:   January 29, 2024

JODI LINKER
Federal Public Defender
Northern District of California

_____/S_____
ANGELA HANSEN
Assistant Federal Public Defender

Dated:   January 29, 2024

ISMAIL J. RAMSEY
United States Attorney
Northern District of California

_____/S_____
BENJAMIN KLEINMAN
Assistant United States Attorney

STIPULATION AND ORDER TO CONTINUE ARRAIGNMENT
*PHASON*, 4:23-71264-MAG

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br>　　v.<br>GLEN PHASON,<br>　　　　　Defendant. | Case No.: 4:23-mj-71264-MAG<br><br>**ORDER TO CONTINUE STATUS ON PRELIMINARY HEARING OR ARRAIGNMENT** |

　　　For the reasons set forth above, the status regarding preliminary hearing or arraignment is continued from February 1, 2024 to April 11, 2024, at 10:30 a.m.  It is further ordered that time is excluded, pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), through April 11, 2024.  Furthermore, considering the public interest in the prompt disposition of criminal cases, the preliminary hearing is continued based on the parties' showing of good cause to waive time under Federal Rule of Criminal Procedure 5.1.  The Court finds good cause for extending the time limits for a preliminary hearing under Rule 5.1 and for extending the 30-day time period for an indictment under the Speedy Trial Act.  Accordingly, it is ordered the waiver of time under Rule 5.1 is effective from February 1, 2024 to April 11, 2024.

　　　IT IS SO ORDERED.

Dated:　　January 30, 2024



HON. DONNA M. RYU
Chief United States Magistrate Judge for
Kandis A. Westmore, United States Magistrate Judge

ORDER TO CONTINUE ARRAIGNMENT
*PHASON*, 4:23-mj-71264 MAG

1